USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Efe Opuoro,

               Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties joint application for bail pending sentencing is GRANTED. The Defendant is released on his own recognizance. After conferring with the Probation Department, the Court imposes the following bail conditions:

- The Probation Office will resume supervision of the Defendant under the conditions previously imposed;
- The Defendant will be required to report to the Probation Office and participate in telemedicine sessions by phone instead of in person;
- Upon his release, the Defendant must report immediately to the Probation Office, located at 500 Pearl Street, 6th Floor, to check in with a supervisor and conduct drug testing.

Defense counsel is ordered to inform the Defendant of these release conditions. Violation of these conditions may result in serious consequences, including reincarceration. Defense counsel must confirm by letter no later than April 5, 2020 that the Defendant has been so informed. The parties are further ordered to submit a joint status letter no later than May 15, 2020.

      SO ORDERED.

1

Dated: April __1__, 2020  
New York, New York

_____  
ALISON J. NATHAN  
United States District Judge