USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Efe Opuoro,

Defendant.

16-cr-148 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

A status conference in this matter is hereby scheduled for May 28, 2020 at 3:00 P.M. The status conference will be held telephonically. The parties and members of the public may access the Court's dedicated conference line by calling (888) 363-4749 and entering Access Code 919-6964, followed by the pound (#) key.

In addition, defense counsel shall provide the attached waiver form to Mr. Opuoro and discuss its contents with him. If Mr. Opuoro, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present at his VOSR status conference, he shall sign the form and defense counsel shall provide the signed waiver to the Court no later than May 26, 2020.

SO ORDERED.

Dated: May 20, 2020
    New York, New York

ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                        -v-

Efe Opuoro,
                            Defendant.
---------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**16-cr-148 (AJN)**

**Check Proceeding that Applies**

____  Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney.  I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date:     _____
                  Signature of Defendant

                  _____
                  Print Name

___  Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:     _____
                  Signature of Defendant

                  _____
                  Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this

2

waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
           Signature of Defense Counsel


_____
Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.


Date: _____
           Signature of Defense Counsel


**Accepted:** _____
           Signature of Judge
           Date: