```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Efe Opuoro,

Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     A VOSR status conference in this matter is currently scheduled for May 28, 2020 at 3:00 P.M. The conference will be held telephonically. The parties and members of the public may access the Court's dedicated conference line by calling (888) 363-4749 and entering Access Code 919-6964, followed by the pound (#) key.

     SO ORDERED.

Dated: May 28, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1