UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2020

United States,

–v–

Efe Opuoro,

Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed at the May 28, 2020 status conference in this matter, a VOSR status conference is hereby scheduled for June 29, 2020 at 3:00 P.M. No later than June 25, 2020, the parties shall submit a joint status report.

SO ORDERED.

Dated: June 2, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge