```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Efe Opuoru.

Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government is instructed to provide a response to the Defendant's November 25, 2020 letter by December 9, 2020 indicating whether it opposes any of the Defendant's requests.

SO ORDERED.

Dated: December 7, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge