UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

       –v–

Efe Opuoru.

       Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the attached letter from Mr. Opuoru. The Court respectfully directs the Clerk to mail Mr. Opuoru a copy of the judgment, Dkt. No. 516. Defense Counsel is instructed to file a letter confirming that the case documents have been provided to Mr. Opuoru.

    SO ORDERED.

Dated: January 14, 2021
       New York, New York

                              ALISON J. NATHAN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2021

12/17/20

Dear Judge, Nathan

16CR148(AJN)

Hope all is well with you Judge & happy holidays. I'm having trouble in MCC with getting my sentencing sheet for my release date on my 2yr 27th sentece can u plz send me a copy of it kindly

God bless

Opuorly, efe

77227-054

RECEIVED JAN 13 2021 ALISON J. NATHAN U.S. DISTRICT JUDGE S.D.N.Y.